UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| Petitioner, | No. 21-mc-50981-JEL-KGA |
| v. | Hon. Judith E. Levy<br>United States District Judge |
| **DUNHAM'S ATHLEISURE CORP.,** | Mag. Judge Kimberly G. Altman |
| Respondent. | |

**STIPULATION FOR ENTRY OF ORDER
TO ENFORCE CIVIL INVESTIGATIVE DEMAND**

WHEREAS, on July 19, 2021, the Federal Trade Commission ("FTC") filed its Petition to Enforce Civil Investigative Demand ("CID") in Time-Sensitive Merger Investigation against respondent Dunham's Athleisure Corporation ("Dunham's) (ECF No 1);

WHEREAS, the Court entered an Order to Show Cause on July 21, 2021 (ECF No. 3);

WHEREAS, Dunham's filed its Response to Order to Show Cause on August 12, 2021 (ECF No. 8);

1

WHEREAS, the Court set a hearing on the show cause order for August 23, 2021;

IT IS HEREBY STIPULATED AND AGREED BY THE FTC AND DUNHAM'S (the "parties"), and ORDERED by the Court, as follows:

1. Dunham's shall produce, on or before September 3, 2021, one or more electronic spreadsheets (e.g., Microsoft Excel or delimited text formats) containing, separately for each of its stores, Net Sales and Gross Margins for each calendar year from and including 2015 to and including 2020, which production shall be considered compliance with Specifications 2(a), 2(e), and 2(i) in the FTC's CID, and simultaneously produce a certificate of compliance relating to that production. Dunham's shall produce this information to Charles Dickinson, Commission Counsel, in a manner consistent with the terms of the CID;

2. This Stipulation and Order shall be without prejudice to, or waiver of, the right of the FTC to issue further CIDs, subpoenas, or requests for information to Dunham's in any subsequent related litigation; and

3. Upon entry of this Stipulation and Order, the hearing scheduled for August 23, 2021, is vacated.

                                                Respectfully submitted,

| | |
|---|---|
| /s/ *Michael D. Bergman* | /s/ *with consent of Jonathan Emord* |
| Michele Arington | Jonathan W. Emord |
| Michael D. Bergman | Emord & Associates, P.C. |
| Federal Trade Commission | 11808 Wolf Run Lane |
| 600 Pennsylvania Avenue NW, H-144 | Clifton, VA  20124 |
| Washington, D.C.  20580 | 202-466-6937; 602-388-8899 |
| 202-326-3157; marington@ftc.gov | Fax: 602-388-8899 |
| 202-326-3184; mbergman@ftc.gov | *Attorney for Respondent* |
| Fax: (202) 326-2477 | *Dunham's Athleisure Corp.* |
| *Attorneys for Petitioner* | |
| *Federal Trade Commission* | Date: August 19, 2021 |

Local Counsel for the FTC
Pursuant to Local Rule 83.20(g):
Saima S. Mohsin
Acting United States Attorney
Kevin R. Erskine
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone (313) 226-9610
Kevin.Erskine@usdoj.gov

Date:  August 19, 2021

                                             **IT IS SO ORDERED**:

Date:  August 19, 2021                  s/Judith E. Levy
Ann Arbor, Michigan                  JUDITH E. LEVY
                                             United States District Judge